IN THE UNITED STATES DISTRICT COURT

Rafael Daniel De La Cruz-Jimenez®

Reg.No. [56269-004], C-2

United States Penitentiary Canaan/CCA

Post Office Box [300]
Waymart, near [18472] Pennsylvania

Name of Plaintiff(s)

v.

U.S. Department of Justice et al,

950 Pennsylvania Avenue. N.W.,

Washington D.C. 20530-001

Name of Defendant(s)

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

07    1690    *UNA*

Civil Case No.

Judge

(Number and Judge to be
assigned by court)

## APPLICATION TO PROCEED IN FORMA PAUPERIS

PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.

1. __X__ I am willing to pursue my claims in this action under the new provisions of The Prison Litigation Reform Act, understanding that pursuing my claim requires payment of a partial filing fee and deduction of sums from my prison account when funds exist until the filing fee of $250.00 has been paid in full.

2. __X__ I have enclosed an executed Authorization form which authorizes the Institution holding me in custody to transmit to the Clerk a certified copy of my trust account for the past six (6) months as well as payments from the account in the amounts specified by 28 U.S.C. §1915(b).

3. Have you, prior to the filing of the complaint in this action and while a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 or more actions or appeals in a court of the United States that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted?   Yes _____   No __X__

(a) If the answer is "yes," are you now seeking relief because you are under imminent danger of serious physical injury?
Yes _____   No __x__

Rafael [signature]
under ucc [...]  Reserved without prejudice
under ucc [...] 15.05.006
october 10th, 2007

(b) Please explain in detail why you are under imminent danger of serious physical injury:

_____ 0 _____

_____

_____

4. (a) Are you presently employed at the Institution? Yes __X__ No ____

(b) If yes, what is your monthly compensation? $ 5.00 to 12.00 Dollars

5. Do you own any cash or other property; have a bank account; or receive money from any source? Yes _____ No __X__

If the answer is "yes" to any of the above, describe each source and the amount involved.

_____ 0 _____

_____

_____

_____

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _October 10th, 2007_          Rafael David De la
              (Date)                       under ucc-1-308 All rights Reserved
                                           under ucc 1-103 § 45.05.006   DC oct 04, 2007
                                           (Signature of Plaintiff)

This certification is executed pursuant to Title 28, United States Code, Section 1746.

2

## Inmate Statement

🖨 PRINT

| | |
|---|---|
| **Inmate Reg #:** | 56269004 |
| **Inmate Name:** | DE LA CRUZ-JIMENEZ, RAFAEL |
| **Report Date:** | 09/28/2007 |
| **Report Time:** | 7:34:15 AM |

| | |
|---|---|
| **Current Institution:** | Canaan USP |
| **Housing Unit:** | CAA-C-B |
| **Living Quarters:** | C04-215L |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| CAA | 7/24/2007 12:50:47 PM | 9 | | | Sales | ($20.25) | | $0.07 |
| CAA | 7/22/2007 6:38:53 PM | ITS0722 | | | Phone Withdrawal | ($4.00) | | $20.32 |
| CAA | 7/22/2007 10:46:58 AM | ITS0722 | | | Phone Withdrawal | ($3.00) | | $24.32 |
| CAA | 7/21/2007 5:28:00 PM | ITS0721 | | | Phone Withdrawal | ($5.00) | | $27.32 |
| CAA | 7/21/2007 9:37:56 AM | ITS0721 | | | Phone Withdrawal | ($2.00) | | $32.32 |
| CAA | 7/20/2007 9:02:16 PM | ITS0720 | | | Phone Withdrawal | ($3.00) | | $34.32 |
| CAA | 7/19/2007 5:39:30 PM | ITS0719 | | | Phone Withdrawal | ($3.00) | | $37.32 |
| CAA | 7/18/2007 8:52:50 PM | ITS0718 | | | Phone Withdrawal | ($7.00) | | $40.32 |
| CAA | 7/18/2007 5:52:53 PM | ITS0718 | | | Phone Withdrawal | ($3.00) | | $47.32 |
| CAA | 7/18/2007 1:08:21 PM | 33320807 | | | Western Union | $50.00 | | $50.32 |
| CAA | 7/3/2007 6:38:25 | ITS0703 | | | Phone Withdrawal | ($3.00) | | $0.32 |
| CAA | 7/2/2007 9:31:53 | ITS0702 | | | Phone Withdrawal | ($1.00) | | $3.32 |
| CAA | 7/2/2007 5:03:00 PM | ITS0702 | | | Phone Withdrawal | ($1.00) | | $4.32 |
| CAA | 7/1/2007 8:23:20 | ITS0701 | | | Phone Withdrawal | ($1.00) | | $5.32 |
| CAA | 7/1/2007 3:15:11 | ITS0701 | | | Phone Withdrawal | ($1.00) | | $6.32 |
| CAA | 6/30/2007 11:35:32 AM | ITS0630 | | | Phone Withdrawal | ($3.00) | | $7.32 |
| CAA | 6/28/2007 8:06:23 PM | ITS0628 | | | Phone Withdrawal | ($2.00) | | $10.32 |
| CAA | 6/27/2007 6:52:38 PM | ITS0627 | | | Phone Withdrawal | ($5.00) | | $12.32 |
| CAA | 6/26/2007 9:11:40 PM | ITS0626 | | | Phone Withdrawal | ($5.00) | | $17.32 |
| CAA | 6/26/2007 5:21:29 PM | ITS0626 | | | Phone Withdrawal | ($2.00) | | $22.32 |
| CAA | 6/25/2007 5:16:49 PM | ITS0625 | | | Phone Withdrawal | ($5.00) | | $24.32 |
| CAA | 6/22/2007 12:04:47 PM | 31 | | | Sales | $2.70 | | $29.32 |
| CAA | 6/22/2007 8:20:25 AM | 19 | | | Sales | ($2.70) | | $26.62 |
| CAA | 6/15/2007 8:02:09 AM | 10 | | | Sales | ($6.45) | | $29.32 |
| CAA | 6/8/2007 8:17:18 AM | 8 | | | Sales | ($19.75) | | $35.77 |
| CAA | 6/4/2007 7:44:33 PM | ITS0604 | | | Phone Withdrawal | ($5.00) | | $55.52 |
| CAA | 6/1/2007 9:17:04 PM | 33317507 | | | Western Union | $60.00 | | $60.52 |
| CAA | 5/11/2007 9:10:27 AM | 23 | | | Sales | ($5.30) | | $0.52 |
| CAA | 5/4/2007 2:46:16 PM | GIPP0407 | | | Payroll - IPP | $5.25 | | $5.82 |
| CAA | 4/7/2007 12:10:23 AM | GICD0407 - 588 | | | Debt Encumbrance - Released | | $1.68 | -------- |
| CAA | 4/7/2007 12:10:23 AM | GICD0407 - 568 | | | Debt Encumbrance - Released | | $0.32 | -------- |
| CAA | 4/7/2007 12:10:23 AM | GICD0407 | | | Inmate Co-pay | ($2.00) | | $0.57 |
| CAA | 4/6/2007 7:42:59 PM | ITS0406 | | | Phone Withdrawal | ($2.00) | | $2.57 |

| CAA | 4/6/2007 5:13:36 PM | ITS0406 | Phone Withdrawal | ($1.00) | | $4.57 |
| CAA | 4/6/2007 3:55:13 PM | GIPP0307 | Payroll - IPP | $5.25 | | $5.57 |
| CAA | 4/6/2007 3:55:13 PM | GICD0407 - 588 | Debt Encumbrance | | ($1.68) | -------- |
| CAA | 4/4/2007 1:38:36 PM | GICD0407 - 568 | Debt Encumbrance | | ($0.32) | -------- |
| CAA | 3/15/2007 5:29: PM | 1663 | Sales | ($20.05) | | $0.32 |
| CAA | 3/14/2007 5:15:35 PM | ITS0314 | Phone Withdrawal | ($2.00) | | $20.37 |
| CAA | 3/9/2007 10:22:18 AM | 002036 | FRP Quarterly Pymt | $0.00 | | $22.37 |
| CAA | 3/9/2007 10:18:44 AM | GIPP0207 | Payroll - IPP | $7.20 | | $22.37 |
| CAA | 3/9/2007 10:18:34 AM | GIPP0207 | Payroll - IPP | $7.92 | | $15.17 |
| CAA | 3/8/2007 8:02:59 PM | ITS0308 | Phone Withdrawal | ($3.00) | | $7.25 |
| CAA | 3/5/2007 8:39:20 PM | ITS0305 | Phone Withdrawal | ($2.00) | | $10.25 |
| CAA | 2/27/2007 5:16:24 PM | ITS0227 | Phone Withdrawal | ($20.00) | | $12.25 |
| CAA | 2/25/2007 8:42:29 PM | ITS0225 | Phone Withdrawal | ($3.00) | | $32.25 |
| CAA | 2/21/2007 9:13:34 PM | ITS0221 | Phone Withdrawal | ($1.00) | | $35.25 |
| CAA | 2/21/2007 8:18:55 PM | ITS0221 | Phone Withdrawal | ($1.00) | | $36.25 |
| CAA | 2/20/2007 8:10:18 PM | ITS0220 | Phone Withdrawal | ($3.00) | | $37.25 |
| CAA | 2/12/2007 9:02:35 PM | ITS0212 | Phone Withdrawal | ($1.00) | | $40.25 |

1 2

**Total Transactions: 82**

|  | Totals: | ($53.01) | $0.00 |

---

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| CAA | $0.07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.07 |
| Totals: | $0.07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.07 |

InmateStatementCombined

# Inmate Statement

🖨 PRINT

| Inmate Reg #: | 56269004 | Current Institution: | Canaan USP |
| Inmate Name: | DE LA CRUZ-JIMENEZ, RAFAEL | Housing Unit: | CAA-C-B |
| Report Date: | 09/28/2007 | Living Quarters: | C04-215L |
| Report Time: | 7:32:55 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| CAA | 2/11/2007 7:26:46 PM | ITS0211 | | | Phone Withdrawal | ($2.00) | | $41.25 |
| CAA | 2/11/2007 6:54:42 PM | ITS0211 | | | Phone Withdrawal | ($1.00) | | $43.25 |
| CAA | 2/9/2007 8:26:57 PM | ITS0209 | | | Phone Withdrawal | ($2.00) | | $44.25 |
| CAA | 2/9/2007 10:07:57 AM | GIPP0107 | | | Payroll - IPP | $7.32 | | $46.25 |
| CAA | 2/4/2007 9:47:01 PM | ITS0204 | | | Phone Withdrawal | ($2.00) | | $38.93 |
| CAA | 2/4/2007 8:04:20 PM | ITS0204 | | | Phone Withdrawal | ($2.00) | | $40.93 |
| CAA | 2/3/2007 9:29:28 PM | ITS0203 | | | Phone Withdrawal | ($1.00) | | $42.93 |
| CAA | 2/3/2007 8:30:42 PM | ITS0203 | | | Phone Withdrawal | ($1.00) | | $43.93 |
| CAA | 2/2/2007 8:46:58 PM | ITS0202 | | | Phone Withdrawal | ($1.00) | | $44.93 |
| CAA | 2/1/2007 8:24:09 PM | ITS0201 | | | Phone Withdrawal | ($4.00) | | $45.93 |
| CAA | 2/1/2007 6:50:41 PM | ITS0201 | | | Phone Withdrawal | ($1.00) | | $49.93 |
| CAA | 1/30/2007 7:10:46 PM | 33308707 | | | Western Union | $50.00 | | $50.93 |
| CAA | 1/26/2007 7:56:03 PM | ITS0126 | | | Phone Withdrawal | ($3.00) | | $0.93 |
| CAA | 1/25/2007 7:25:16 PM | ITS0125 | | | Phone Withdrawal | ($2.00) | | $3.93 |
| CAA | 1/17/2007 8:30:44 PM | ITS0117 | | | Phone Withdrawal | ($2.00) | | $5.93 |
| CAA | 1/15/2007 6:01:37 PM | ITS0115 | | | Phone Withdrawal | ($2.00) | | $7.93 |
| CAA | 1/15/2007 2:46:27 PM | ITS0115 | | | Phone Withdrawal | ($1.00) | | $9.93 |
| CAA | 1/13/2007 6:22:50 PM | ITS0113 | | | Phone Withdrawal | ($2.00) | | $10.93 |
| CAA | 1/12/2007 9:16:28 PM | ITS0112 | | | Phone Withdrawal | ($1.00) | | $12.93 |
| CAA | 1/12/2007 6:42:47 PM | ITS0112 | | | Phone Withdrawal | ($2.00) | | $13.93 |
| CAA | 1/10/2007 6:04:41 PM | ITS0110 | | | Phone Withdrawal | ($2.00) | | $15.93 |
| CAA | 1/10/2007 6:00:03 PM | ITS0110 | | | Phone Withdrawal | ($1.00) | | $17.93 |
| CAA | 1/9/2007 5:04:53 PM | ITS0109 | | | Phone Withdrawal | ($2.00) | | $18.93 |
| CAA | 1/7/2007 7:00:06 PM | ITS0107 | | | Phone Withdrawal | ($2.00) | | $20.93 |
| CAA | 1/6/2007 7:41:16 PM | ITS0106 | | | Phone Withdrawal | ($2.00) | | $22.93 |
| CAA | 1/5/2007 8:19:30 PM | ITS0105 | | | Phone Withdrawal | ($2.00) | | $24.93 |
| CAA | 1/5/2007 7:55:08 PM | ITS0105 | | | Phone Withdrawal | ($1.00) | | $26.93 |
| CAA | 1/4/2007 7:37:15 PM | ITS0104 | | | Phone Withdrawal | ($4.00) | | $27.93 |
| CAA | 1/4/2007 6:13:40 PM | 64 | | | Sales | ($14.15) | | $31.93 |
| CAA | 1/3/2007 8:03:43 PM | ITS0103 | | | Phone Withdrawal | ($1.00) | | $46.08 |
| CAA | 1/3/2007 7:10:20 PM | ITS0103 | | | Phone Withdrawal | ($1.00) | | $47.08 |
| CAA | 1/2/2007 6:12:36 PM | ITS0102 | | | Phone Withdrawal | ($5.00) | | $48.08 |

1 2

**Total Transactions: 82**

| | | | | Totals: | ($53.01) | | $0.00 | |

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| CAA | $0.07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.07 |
| Totals: | $0.07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.07 |

FILED

SEP 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Rafael Daniel De La Cruz-Jimenez,          )
                                           )
            Plaintiff,                      )
                                           )
    v.                                      )        Civil Action No.    07 1690
                                           )
U.S. Department of Justice *et al* ,        )
                                           )
            Defendants.                     )

## ORDER

The Court will allow the above-captioned action to be provisionally filed. Before the Court will consider the application to proceed *in forma pauperis* and the complaint, plaintiff must provide the following information to the Court.

In accordance with 28 U.S.C. § 1915, plaintiff shall provide the Court with a <u>certified</u> copy of the plaintiff's trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined. Plaintiff's submission covering up to March 16, 2007, is outdated.

The Court hereby advises plaintiff that federal law requires a plaintiff in a civil action to pay a filing fee of $350.00. After submission of the trust fund information, the Court will determine plaintiff's ability to pay the entire amount in one payment. If the Court determines that plaintiff does not have sufficient funds to pay the filing fee at one time, the Court will assess an initial partial filing fee. After payment of the initial partial filing fee, monthly payments of 20 percent of the deposits made to the plaintiff's trust fund account during the

preceding month will be forwarded to the clerk of the Court each time the account balance exceeds $10.00. Payments will continue until the filing fee is paid. Accordingly, it is by the Court this 14th day of September 2007,

ORDERED that within **thirty (30) days** from the filing date of this Order, plaintiff shall provide the above-requested information. Failure to comply with this Order will result in dismissal of this action.

SO ORDERED.

_____
United States District Judge