UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAFAEL DANIEL DE LA JIMENEZ

V.

U. S. DEPARTMENT OF JUSTICE, et al.,

Civil Action No. 07-1690 ESH

### REASSIGNMENT OF CIVIL CASE
(non-calendar committee)

The above entitled action was assigned on December 4, 2007 from Unassigned (9098) to Judge Huvelle because the plaintiff has satisfied the requirements of the PLRA.

NANCY MAYER-WHITTINGTON, CLERK

By: La Tanau Scott
Deputy Clerk

CC:   Judge Huvelle
& Courtroom Deputy