United States District Court
for the
District of

Civil Action File Number:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

US Attorney General - DOJ
950 Pennsylvania Ave., NW
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Samuel L. Pulu_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
DEC 2 1 2007

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number
Transfer from service label)   7007 0710 0004 6579 1590

Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

U.S. Department of Justice

NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of _____

Civil Action, File Number _____

07-1690    SRT    12-14-07

SENDER: COMPLETE THIS SECTION

Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
Print your name and address on the reverse
so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

Article Addressed to:

Garcia, ICE Agent
ROME, SPC
201 SW 12th Street
ami, FL 33194

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____ Bell
☐ Agent
☐ Addressee

B. Received by ( Printed Name)
C. Date of Delivery
12-19

D. Is delivery address different from Item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Article Number
(Transfer from service label)
7007 0710 0004 6579 1569

Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Form USM-299
(Rev. 1990)

U.S. Department of Justice

United States District Court
for the
District of

TO:

Civil Action File Number

07-1690    02-74-02-727

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

...nigration & Ntrlz'tn. Office
...OME, SPC
...01 SW 12th Street
...ami, FL 33194

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X    S/O/all    ☐ Agent    ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery    12-19

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7007 0710 0004 6579 1545

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

U.S. Department of Justice

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL**

United States District Court
for the
District of

Civil Action File Number

Notice of Summons and Complaint By Mail was

COMPLAINT

07-1690    02-14-07

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

mmigration & Ntrlz'tn. Service
KROME, SPC
18201 SW 12th Street
Miami, FL 33194

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X (B) C/o Bell    ☐ Agent    ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery    12/19

D. Is delivery address different from item 1?  ☑ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)
7007 0710 0004 6579 1552

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Form USM-299
(Rev.  )