UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RAFAEL DANIEL DE LA CRUZ-JIMENEZ )<br>#56269-001 )<br>USP Canaan/CCA )<br>POB 300 )<br>Waymart, PA 18472 )<br>　　　　　)<br>　　　　Plaintiff )<br>　　v. )<br>　　　　　)<br>U.S. DEPARTMENT OF JUSTICE )<br>Immigration and Naturalization Service )<br>INS Office and Administrator )<br>P. Garcia, In Lieu of Ft. Lauderdale, FL Offices )<br>and F.B.O.P. Agency )<br>950 Pennsylvania Ave., N.W. )<br>Washington, D.C.  20530-0001 )<br>　　　　　)<br>　　　　Defendant. )<br>　　　　　) | Civil Action No.: 07-1690 (ESH) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo as counsel for the federal Defendant in the above-captioned case.

　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　KENNETH ADEBONOJO
　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　555 4th St., N.W.
　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　(202) 514-7157
　　　　　　　　　　　　　kenneth.adebonojo@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January, 2008, I caused the foregoing Praecipe to be served on Pro Se Plaintiff, Rafael Daniel De La Cruz-Jimenez, by mail postage pre-paid and addressed as follows:

**RAFAEL DANIEL DE LA CRUZ-JIMENEZ**
R56269-004
CANAAN
U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 300
WAYMART, PA 18472
PRO SE

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov