UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAFAEL DANIEL De La CRUZ-JIMENEZ, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| ) | Civil Action No. 07-1690 (ESH) |
| v. ) | (ECF) |
| ) | |
| UNITED STATES DEP'T OF JUSTICE, et al. ) | |
| ) | |
| Defendants. ) | |

DEFENDANTS' MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT

The United States Department of Justice, Immigration and Naturalization Service ("INS"), the Administrator, INS Miami, "P. Garcia", and the Bureau of Prisons (collectively "Defendants") respectfully request an enlargement of time to file an answer or otherwise respond to the complaint in this case. Defendants' answer is due March 7, 2008. Defendants request to and including April 28, 2008, for all Defendants to file an answer or otherwise respond to the complaint. This is Defendants' first request for an extension.

Plaintiff appears to allege constitutional claims against Defendants. Defendants are endeavoring to determine the identities of the individual Defendants and determine whether representation should be sought on their behalf pursuant to 28 C.F.R. 5015. This enlargement will enable time for this process to unfold.

Because Plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

WHEREFORE, Defendants respectfully request that this enlargement be granted. A minute order is respectfully requested.

March 6, 2008                                   Respectfully submitted,

                                                        _/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                                        _/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

                                                        _/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780 (facsimile)

## **CERTIFICATE OF SERVICE**

I certify I caused copies of the foregoing Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

Rafael Daniel De la Cruz-Jimenez
Reg. No. 56269-004
USP Canaan/CCA
P.O. Box 300
Waymart, Pa 18472


on this 6th day of March, 2008.         _____/s/_____
                                        KENNETH ADEBONOJO
                                        Assistant United States Attorney