## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

———————————————————————
|  |  |
|---|---|
| **RAFAEL DANIEL De La CRUZ-JIMENEZ,** | ) |
|  | ) |
| **Plaintiff** | ) |
|  | ) |
|  | ) |
|  | ) **Civil Action No. 07-1690 (ESH)** |
| **v.** | ) **(ECF)** |
|  | ) |
| **UNITED STATES DEP'T OF JUSTICE, et al.** | ) |
|  | ) |
| **Defendants.** | ) |
———————————————————————

## DEFENDANTS' MOTION TO ENLARGE TIME
## TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT

The United States Department of Justice, Immigration and Naturalization Service ("INS"), the Administrator, INS Miami, "P. Garcia", and the Bureau of Prisons (collectively "Defendants") respectfully request an enlargement of time to file an answer or otherwise respond to the complaint in this case. Defendants' answer is due April 28, 2008. Defendants request to and including May 27, 2008, for all Defendants to file an answer or otherwise respond to the complaint.

The undersigned is in the process of preparing a response to Plaintiff's complaint. However, Agency Counsel in this matter is out of the office on military deployment. The undersigned seeks the additional time to determine to whom the matter has been reassigned and for consultation and completion of Defendants' response.

Because Plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

WHEREFORE, Defendants respectfully request that this enlargement be granted.  A minute order is respectfully requested.

April 25, 2008                              Respectfully submitted,

                                            _/s/_____
                                            JEFFREY A. TAYLOR, D.C. BAR # 498610
                                            United States Attorney


                                            _/s/_____
                                            RUDOLPH CONTRERAS, D.C. BAR # 434122
                                            Assistant United States Attorney


                                            _/s/_____
                                            KENNETH ADEBONOJO
                                            Assistant United States Attorney
                                            Judiciary Center Building
                                            555 4th Street, N.W. – Civil Division
                                            Washington, D.C.  20530
                                            (202) 514-7157
                                            (202) 514-8780 (facsimile)

## <u>CERTIFICATE OF SERVICE</u>

I certify I caused copies of the foregoing Defendants' Motion to Enlarge Time to File

Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:


Rafael Daniel De la Cruz-Jimenez
Reg. No. 56269-004
USP Canaan/CCA
P.O. Box 300
Waymart, Pa 18472


on this 25th day of April, 2008.        _____/s/_____
                                        KENNETH ADEBONOJO
                                        Assistant United States Attorney