```
UNITED STATES DISTRICT COURT                    RECEIVED
FOR THE DISTRICT OF COLUMBIA
                                                  APR 3 0 2008
```

Rafael Daniel De La Cruz-Jimenez,  )
                                   )          NANCY MAYER WHITTINGTON, CLERK
        Plaintiff,                 )             U.S. DISTRICT COURT
                                   )
                                   )   Civil Action No. 07-1690 ESH
        v.                         )
                                   )
U.S. Department of Justice et al,  )   Date: April 28, 2008
                                   )
        Defendants.                )
_____)

Praecipe Request to have mail or send to me any correspondance while I've been in transit

_____

     On March 13, 2008, I was moved from USP Canaan to another Jurisdition where I'am right now, I let the Court know my new address where it is under that your Honor can send mail or correspondance address to me.

     Please have the Clerk: Nancy Mayer Whittington, Clerk, U.S. District Court forward any unanswered or returned document to present address:

Rafael Daniel De La Cruz-Jimenez
Reg.No. [56269-004], C-A
P.O. Box 8000
Bradford, PA 16701

Thank you for your understanding and consideration.

                              Respectfully Submitted,

                              /s/ Rafael Daniel De La Cruz-Jimenez
                              Rafael Daniel De La Cruz-Jimenez
                              Secured Party/Creditor