UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RAFAEL DANIEL De La CRUZ-JIMENEZ,** | ) |
| **Plaintiff** | ) |
| v. | ) Civil Action No. 07-1690 (ESH) <br> ) (ECF) |
| **UNITED STATES DEP'T OF JUSTICE, et al.** | ) |
| **Defendants.** | ) |

DEFENDANTS' MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT

The United States Department of Justice, Immigration and Naturalization Service ("INS"), the Administrator, INS Miami, "P. Garcia", and the Bureau of Prisons (collectively "Defendants") respectfully request an enlargement of time to file an answer or otherwise respond to the complaint in this case.[1]  Defendants' answer is due May 27, 2008.  Defendants request to and including June 9, 2008, for all Defendants to file an answer or otherwise respond to the complaint.

Defendants' response to Plaintiff's complaint is substantially complete.  However, the undersigned requests the additional time because there are few issues about which the undersigned is not privy and would need to confer with Agency Counsel.  The undersigned also requests additional time due to the press of business.

---

[1] By way of this motion for an extension of time, the individual federal defendant(s) submit that they have not waived any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

Because Plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[2]

WHEREFORE, Defendants respectfully request that this enlargement be granted. A minute order is respectfully requested.

May 27, 2008                                           Respectfully submitted,

                                                                /s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                                                /s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

                                                                /s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780 (facsimile)

---

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

## **CERTIFICATE OF SERVICE**

I certify I caused copies of the foregoing Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

Rafael Daniel De la Cruz-Jimenez
Reg. No. 56269-004
P.O. Box 8000
Bradford, Pa
16701

on this 27th day of May, 2008        _/s/_____
                                                   KENNETH ADEBONOJO
                                                   Assistant United States Attorney