UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAFAEL DANIEL De La CRUZ-JIMENEZ,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| ) | **Civil Action No. 07-1690 (ESH)** |
| **v.** ) | **(ECF)** |
| ) | |
| **UNITED STATES DEP'T OF JUSTICE, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### DEFENDANTS' MOTION TO ENLARGE TIME
### TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT

The United States Department of Justice, the Immigration and Naturalization Service ("INS"); the INS Office, Miami, Florida; "P. Garcia", an INS agent; and the Bureau of Prisons (collectively "Defendants") by and through undersigned counsel respectfully request an enlargement of time to file an answer or otherwise respond to the complaint in this case.[1] Defendants' answer is due June 9, 2008. Defendants request to and including June 11, 2008, for all Defendants to file an answer or otherwise respond to the complaint.

Defendants' response to Plaintiff's complaint is substantially complete. However, the undersigned requests the additional time to consult with Agency Counsel to clarify certain issues regarding P. Garcia, the only individual named as a Defendant.

Because Plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply to

---

[1] By way of this motion for an extension of time, the individual federal defendant(s) submit that they have not waived any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

this motion.[2]

WHEREFORE, Defendants respectfully request that this enlargement be granted. A minute order is respectfully requested.

June 9, 2008                                        Respectfully submitted,

                                                                                       _/s/_____
                                                                                       JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                                                       United States Attorney

                                                                                       _/s/_____
                                                                                       RUDOLPH CONTRERAS, D.C. BAR # 434122
                                                                                       Assistant United States Attorney

                                                                                       _/s/_____
                                                                                       KENNETH ADEBONOJO
                                                                                       Assistant United States Attorney
                                                                                       Judiciary Center Building
                                                                                       555 4th Street, N.W. – Civil Division
                                                                                       Washington, D.C. 20530
                                                                                       (202) 514-7157
                                                                                       (202) 514-8780 (facsimile)

---

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

**CERTIFICATE OF SERVICE**

I certify I caused copies of the foregoing Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

Rafael Daniel De la Cruz-Jimenez
Reg. No. 56269-004
P.O. Box 8000
Bradford, Pa
16701

on this 9th day of June, 2008        _/s/_____
                                    KENNETH ADEBONOJO
                                    Assistant United States Attorney