UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAFAEL DANIEL De La CRUZ-JIMENEZ,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No.  07-1690 (ESH) |
| ) | |
| **UNITED STATES DEPARTMENT OF** ) | |
| **JUSTICE,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

Defendants have filed a motion to dismiss or, in the alternative, to transfer the complaint, pursuant to Rules 12(b)(1), 12(b)(2), 12(b)(3) and 12(b)(6) of the Federal Rules of Civil Procedure.  Plaintiff is proceeding *pro se* in this case.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion.  "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case."  *Id*. at 509.  Accordingly, it is hereby

**ORDERED** that plaintiff shall respond to defendant's motion no later than July 14, 2008.  If plaintiff neither responds nor moves for an extension of time by the due date, the Court may treat the motion as conceded and dismiss plaintiff's complaint.

**SO ORDERED**.

                                                /s/
                                ELLEN SEGAL HUVELLE
                                United States District Judge

DATE: June 12, 2008