UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAFAEL DANIEL DE LA CRUZ-JIMENEZ, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civ. Action No. 07-1690 (ESH) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that defendant's motion to dismiss [Dkt. No.15] is **GRANTED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED with prejudice**. This is a final appealable Order.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: July 24, 2008